**Opinion issued January 6, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-01068-CV

————————————

## IN RE SHELL USA, INC., SHELL CHEMICAL L.P., AND BRANDSAFWAY, LLC, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators Shell USA, Inc., Shell Chemical, L.P., and BrandSafway, LLC have filed a petition for writ of mandamus seeking an order directing the trial court to grant their motions for summary judgment.[1]

---

[1] The underlying case is *Francisco Orozco Garcia v. Shell USA, Inc., Shell Chemical L.P., and BrandSafway, LLC*, cause number 2022-73054, pending in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.